**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-1533**

—————

JOSEPH SCOTTO, Individually and as Personal
Representative of the Estate of Joyce Scotto;
THEODORE JOSEPH SCOTTO, Individually and as a
minor through his natural father and guardian
Joseph Scotto,

                                        Plaintiffs - Appellants,

      and

MELINA BELLE SCOTTO; THERESA SCOTTO ROSETTE;
GIA JOYCE SCOTTO MCDANIEL,

                                            Plaintiffs,

      versus

MAFCO WORLDWIDE CORPORATION; MACANDREWS &
FORBES GROUP, INCORPORATED; M.F. NEAL &
COMPANY,

                              Defendants - Appellees,

      and

GUY ALLEN DIETRICH,

                                            Defendant.

**No. 99-1585**

JOSEPH SCOTTO, Individually and as Personal
Representative of the Estate of Joyce Scotto;
THEODORE JOSEPH SCOTTO, Individually and as a
minor through his natural father and guardian
Joseph Scotto; MELINA BELLE SCOTTO; THERESA
SCOTTO ROSETTE; GIA JOYCE SCOTTO MCDANIEL,

                                        Plaintiffs,

        versus

GUY ALLEN DIETRICH,

                                Defendant - Appellant,

        versus

MAFCO WORLDWIDE CORPORATION; MACANDREWS &
FORBES GROUP, INCORPORATED; M.F. NEAL &
COMPANY,

                                Defendants - Appellees.

Appeals from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-96-3891-AW)

Submitted: February 24, 2000        Decided: March 1, 2000

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Affirmed by unpublished per curiam opinion.

2

Henry R. Lord, PIPER & MARBURY, L.L.P., Baltimore, Maryland; Charles S. Fax, Baltimore, Maryland; Michael B. Green, Towson, Maryland, for Appellants.  Janet M. Truhe, MILLER & TRUHE, L.L.C., Westminster, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Plaintiffs Joseph and Theodore Scotto are joined by Defendant Guy Allen Dietrich in appealing the district court's order granting summary judgment to Defendants MAFCO Worldwide Corporation, MacAndrews & Forbes Group, Inc., and M.F. Neal & Co (the "MAFCO Defendants") in the Plaintiffs' civil suit for a survival action, negligence and wrongful death resulting from an automobile accident. Appellants and Cross-Appellant allege that the district court erred in finding that the MAFCO Defendants were not vicariously liable for the negligence of the individual Defendant Dietrich because he was not within the scope of employment when the accident in question occurred. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> JA 376-84. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

4